**Order Filed on July 19, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Estate of Candido Perez | Case No.:        18-23403-SLM<br><br>Chapter:        13<br><br>Hearing Date:    August 8, 2018<br><br>Judge:        Stacey L. Meisel |

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED DUE TO DEBTOR'S INELIGIBILITY TO BE A DEBTOR UNDER CHAPTER 13 OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through _____2_____ is **ORDERED**.

**DATED: July 19, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted that the debtor appears to be the estate of a deceased's individual, and that it has filed a petition under Chapter 13 of the Bankruptcy Code, and that the debtor is ineligible to be a debtor in a Chapter 13 case under 11 U.S.C. § 109(e); it is hereby

**ORDERED** that the administrator of the deceased's estate must appear before the Honorable Stacey L. Meisel on August 8, 2018 at 10:30 A.M. in Courtroom number 3A, 3rd Floor, MLK Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, to show cause why this case should not be dismissed due to debtor's ineligibility to be a debtor under Chapter 13 of the Bankruptcy Code.