| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Estate of Candido Perez | Case No.:   18-23403-SLM<br>Chapter:   13<br>Hearing Date:   August 8, 2018<br>Judge:   Stacey L. Meisel |

**Order Filed on July 19, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED DUE TO DEBTOR'S INELIGIBILITY TO BE A DEBTOR UNDER CHAPTER 13 OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through ___2___ is **ORDERED**.

**DATED: July 19, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having noted that the debtor appears to be the estate of a deceased's individual, and that it has filed a petition under Chapter 13 of the Bankruptcy Code, and that the debtor is ineligible to be a debtor in a Chapter 13 case under 11 U.S.C. § 109(e); it is hereby

**ORDERED** that the administrator of the deceased's estate must appear before the Honorable Stacey L. Meisel on August 8, 2018 at 10:30 A.M. in Courtroom number 3A, 3rd Floor, MLK Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102, to show cause why this case should not be dismissed due to debtor's ineligibility to be a debtor under Chapter 13 of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:  
Estate of Candido Perez  
       Debtor

Case No. 18-23403-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Jul 19, 2018  
　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2018.  
db　　　　　#+Estate of Candido Perez,　　128 3rd Avenue,　　Newark, NJ 07104-2732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:  
　　　　Kevin Gordon McDonald　　on behalf of Creditor　　U.S. Bank N.A., as trustee, et al.  
　　　　　kmcdonald@kmllawgroup.com,　bkgroup@kmllawgroup.com  
　　　　Kevin Gordon McDonald　　on behalf of Creditor　　U.S. Bank N.A., as trustee, on behalf of the  
　　　　　holders of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through  
　　　　　Certificates, Series 2006-FRE1 kmcdonald@kmllawgroup.com,　bkgroup@kmllawgroup.com  
　　　　Marie-Ann Greenberg　　magecf@magtrustee.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4